

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS ALBERTO JIMENEZ,<br><br>Defendant. | Case No. CR 11-1033-SJO<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On June 12, 2017, Defendant appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued by this Court. Defendant was represented by Deputy Federal Public Defender Pedro Castillo.

The Court has reviewed the Pretrial Services Report and its recommendation of detention, and the allegations in the Violation Petition. The Government has requested that defendant be detained pending a supervised release revocation hearing based on risk of flight and danger to the community. Defendant has

submitted to the recommendation of detention based on information currently available.

## II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ unverified background information regarding community ties, residence or employment

☒ allegations in the petition and current violation status

☒ no known bail resources

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations in the petition which include making criminal threats to the defendant's wife.

☒ history of drug use

III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: June 14, 2017

                                       /s/
                               ALKA SAGAR
                               UNITED STATES MAGISTRATE JUDGE